UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDMUND HERNDON, #491050,

              Petitioner,

                                                    File no: 1:07-CV-285

v.

                                                    HON. ROBERT HOLMES BELL

THOMAS K. BELL,

              Respondent.

_____/


## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States

Magistrate in this action.  The Report and Recommendation was duly served on the parties.

No objections have been filed.

        ACCORDINGLY, the Report and Recommendation (docket #21) is hereby adopted

and approved as the opinion of the Court.

        THEREFORE, IT IS ORDERED that:

        Petitioner's habeas corpus petition is hereby **DENIED**.



Dated:    March 24, 2010            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    UNITED STATES DISTRICT JUDGE